# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–7 | User: culy | Date Created: 1/21/2020 |
| Case: 20–70014–JAD | Form ID: pdf900 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty    Kenneth P. Seitz    thedebterasers@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Christopher L. Berry    216 Leila Street    Johnstown, PA 15905
15184776    Afni    Po Box 3427    Bloomington, IL 61702
15184777    AmeriCredit/GM Financial    Po Box 183853    Arlington, TX 76096
15184778    Cambria Somerset Radiology    239 Main Street    Suite 400    Johnstown, PA 15901
15184779    Celtic Bank    268 State Street #300    Salt Lake City, UT 84111
15184781    Conemaugh Memorial Medical Center    Attn: Patient Accounting    1086 Franklin Street    Johnstown, PA 15905
15184780    Conemaugh Memorial Medical Center    c/o LifePoint Health Business Services    One Tech Park Drive, Suite 3400    Johnstown, PA 15901
15184782    Conemaugh Phys Group    Attn: Billing/Westwood    1086 Franklin Street    Johnstown, PA 15905
15184783    Credit Collections Svc    Po Box 773    Needham, MA 02494
15184784    Credit Management Company    2121 Noblestown Road    Pittsburgh, PA 15205
15184785    Credit Management, LP    Attn: Bankruptcy    Po Box 118288    Carrolton, TX 75011
15184786    Credit One Bank    P.O. Box 98873    Las Vegas, NV 89193
15184787    First Premier Bank    P.O. Box 5519    Sioux Falls, SD 57117
15184788    Genesis FS Card Services    P.O. Box 4488    Beaverton, OR 97076
15184789    Gina Thompson    Johnstown, PA 15905
15184790    Johnstown Credit Burea    2355 Bedford St Ste 4    Johnstown, PA 15904
15184791    Jyothi K. Gella, MD    c/o Billing    1086 Franklin Street    Johnstown, PA 15905
15184792    Lendmark Financial Services    2118 Usher St    Covington, GA 30014
15184793    Loancare Servicing Ctr    3637 Sentara Way    Virginia Beach, VA 23452
15184794    Phelan Hallinan Diamond & Jones, LLP    Attn: Peter Wapner, Esquire    1617 JFK Boulevard, Suite 1400    One Penn Center Plaza    Philadelphia, PA 19103
15184795    Receivables Performance Mgmt    Attn: Bankruptcy    Po Box 1548    Lynnwood, WA 98036
15184796    The Remit Corp    36 W Main St    Bloomsburg, PA 17815
15184797    Verizon    500 Technology Dr    Suite 500    Weldon Spring, MO 63304

TOTAL: 23