**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher L. Berry                                  CHAPTER 13

Debtor(s)

BKY. NO. 20-70014 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
02 Mar 2022, 15:37:11, EST

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)       ☐
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com