# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
|     **Christopher L. Berry,** | ) | **Case No. 20-70014-JAD** |
|                       **Debtor** | ) | |
| | ) | **Chapter 13** |
| | ) | Related to ECF 2 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☐ a plan modification sought by: _____

- ☐ a motion to lift stay
  as to creditor _____

- ☑ Other:     <u>Notice of Mortgage Payment Change filed September 14, 2023</u>

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☑ Chapter 13 Plan dated <u>January 16, 2020</u>
- ☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☑ Debtor's Plan payments shall be changed from $ <u>2,100.00</u> to $<u>2,145.00,</u> effective <u>October 2023; and/or the Plan term shall remain at 60 months. To ensure the necessary funds are available for the mortgage payment.</u>

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☑ Other: <u>The Notice of Mortgage Payment Change dated September 14, 2023 is resolved per this Order. In addition, except with respect to the increased payment, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc No. 40 is incorporated herein.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this 22nd day of September, 2023.

FILED
9/22/23 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller         jah
United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

/s/ Kenneth P. Seitz, Esquire                               /s/ James C. Warmbrodt, Esquire
Counsel to Debtor                                           Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher L. Berry  
    Debtor

Case No. 20-70014-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: Sep 22, 2023      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher L. Berry, 216 Leila Street, Johnstown, PA 15905-2740 |
| 15184778 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 15184780 | + | Conemaugh Memorial Medical Center, c/o LifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15184781 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184782 | + | Conemaugh Phys Group, Attn: Billing/Westwood, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15192837 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown PA 15905-4398 |
| 15184789 | | Gina Thompson, Johnstown, PA 15905 |
| 15184790 | + | Johnstown Credit Burea, 2355 Bedford St Ste 4, Johnstown, PA 15904-1114 |
| 15184791 | + | Jyothi K. Gella, MD, c/o Billing, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184794 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15184796 | + | The Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2023 23:34:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 15191350 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2023 23:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15184776 | + | Email/Text: EBNProcessing@afni.com | Sep 22 2023 23:35:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 15184777 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2023 23:34:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 15184779 | + | Email/Text: bzern@celticbank.com | Sep 22 2023 23:35:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15184783 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 22 2023 23:35:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 15184784 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 22 2023 23:35:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184785 | + | Email/Text: EBN@thecmigroup.com | Sep 22 2023 23:34:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 15184786 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2023 23:45:10 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15184787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 22 2023 23:33:55 | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 15184788 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 22 2023 23:35:00 | Genesis FS Card Services, P.O. Box 4488, Beaverton, OR 97076-4402 |

Case 20-70014-JAD    Doc 83    Filed 09/24/23    Entered 09/25/23 00:24:08    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 15217268 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Sep 22 2023 23:34:00 | | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15184792 | | Email/Text: ktramble@lendmarkfinancial.com Sep 22 2023 23:34:00 | | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 15205630 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 22 2023 23:44:24 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15509289 | + | Email/Text: nsm_bk_notices@mrcooper.com Sep 22 2023 23:34:00 | | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15442017 | + | Email/Text: nsm_bk_notices@mrcooper.com Sep 22 2023 23:34:00 | | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15184793 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Sep 22 2023 23:34:00 | | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15213942 | + | Email/Text: JCAP_BNC_Notices@jcap.com Sep 22 2023 23:35:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15215111 | | Email/Text: bnc-quantum@quantum3group.com Sep 22 2023 23:34:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15215112 | | Email/Text: bnc-quantum@quantum3group.com Sep 22 2023 23:34:00 | | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15184795 | + | Email/Text: Supportservices@receivablesperformance.com Sep 22 2023 23:35:00 | | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15184797 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 22 2023 23:34:00 | | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 15204855 | + | Email/Text: Webcollex@ebn.phinsolutions.com Sep 22 2023 23:34:00 | | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 15194126 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2023         Signature:         /s/Gustava Winters

Case 20-70014-JAD    Doc 83    Filed 09/24/23    Entered 09/25/23 00:24:08    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: pdf900 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Kenneth P. Seitz | on behalf of Debtor Christopher L. Berry thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 6