# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 20-70014-JAD
**Christopher L. Berry,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of October, 2024, a true and correct copy of the Order dated October 24, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> BOTTLING GROUP, LLC
> 700 ANDERSON HILL ROAD
> PURCHASE, NY 10577-1401
>
> CHRISTOPHER L. BERRY
> 216 LEILA STREET
> JOHNSTOWN, PA 15905
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: October 25, 2024

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470