**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHRISTOPHER L. BERRY | Case No. 20-70014JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>WEBCOLLEX LLC D/B/A CKS FINANCIAL++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE. NO CHANGE OF ADDRESS HAS BEEN FILED.

WEBCOLLEX LLC D/B/A CKS FINANCIAL++        Court claim# 5/Trustee CID# 8
C/O CKS FINANCIAL
PO BOX 2856
CHESAPEAKE, VA 23327

The Movant further certifies that on 10/30/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>CHRISTOPHER L. BERRY, 216 LEILA STREET, JOHNSTOWN, PA  15905 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, PO BOX 211, LIGONIER, PA  15658 |
|---|---|

ORIGINAL CREDITOR:
WEBCOLLEX LLC D/B/A CKS FINANCIAL++, C/O CKS FINANCIAL, PO BOX 2856, CHESAPEAKE, VA  23327

NEW CREDITOR: