**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/30/2024

IN RE:

| | |
|---|---|
| CHRISTOPHER L. BERRY<br>216 LEILA STREET<br>JOHNSTOWN, PA  15905<br>XXX-XX-7685            Debtor(s) | Case No.20-70014 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/30/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| PHELAN HALLINAN DIAMOND & JONES LLP<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | 1 | 0.00% | NOTICE ONLY | | | 0.00 | LAKEVIEW LN/PRAE |
| AMERICREDIT FINANCIAL SVCS DBA GM FINAN<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 2 | 0.00% | NOTICE ONLY | | | 0.00 | /PRAE |
| AMERICREDIT FINANCIAL SVCS INC DBA GM FI<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 3 | 6.00% | VEHICLE | 2 | 1103 | 9,575.00 | $CL2GOV@6%~PMT/CONF*7443@6%/PL*W/57 |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA 30014 | 4 | 6.00% | VEHICLE | 4 | 1274 | 949.20 | $CL4GOV@6%~PMT/CONF*1082@6%/PL |
| LAKEVIEW LOAN SERVICING LLC<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | 5 | 0.00% | MORTGAGE REGULAR PAYMEN | 13 | 6303 | 0.00 | PMT/OE-NTC*DK4LMT*BGN 2/20*FR LOANCARE-DOC 51*FR CLS-DOC 67*FR RIGHT |
| AFNI<br>P.O. BOX 3427<br>BLOOMINGTON, IL 61702 | 6 | 0.00% | UNSECURED CREDITOR | | 5314 | 0.00 | DIRECTV/SCH |
| CAMBRIA SOMERSET RADIOLOGY<br>239 MAIN ST STE 400<br>JOHNSTOWN, PA 15901 | 7 | 0.00% | UNSECURED CREDITOR | | 4384 | 0.00 | |
| WEBCOLLEX LLC D/B/A CKS FINANCIAL++<br>C/O CKS FINANCIAL<br>PO BOX 2856<br>CHESAPEAKE, VA 23327 | 8 | 0.00% | UNSECURED CREDITOR | 5 | 8388 | 718.38 | CONTINENTAL FINANCE CO*CELTIC BANK*NTC-RSV |
| CONEMAUGH MEMORIAL MEDICAL CENTER<br>C/O DLP CONEMAUGH MEDICAL CENTER<br>PO BOX 604010<br>CHARLOTTE, NC 28260 | 9 | 0.00% | UNSECURED CREDITOR | 1 | 7685 | 4,829.87 | X4001/SCH |
| CONEMAUGH MEMORIAL MED CNTR<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905-4398 | 10 | 0.00% | UNSECURED CREDITOR | | 2030 | 0.00 | NT ADR/SCH |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 55.30<br>COMMENT: X5707/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1426 |
| **CONEMAUGH PHYSICIANS GROUP**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA  15905 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 557.79<br>COMMENT: X1797/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3269 |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br>NEEDHAM, MA  02494 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9180 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0411 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMERGNCY PHYSCN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1312 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMERGNCY PNSYC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1311 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PHYSCN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1310 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PHYSCN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1309 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PHSCN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7657 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PNYSCN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2832 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1002 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0971 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PHYSCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2308 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PHYSCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8622 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0684 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0684 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 236.97<br>COMMENT: X0559/SCH*CONEMAUGH MMRL MDCL*LIFEPOINT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2483 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY PHYSCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9452 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0393 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX  75011 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GELLA MD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4473 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAGUH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4754 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 91.73<br>COMMENT: X3019/SCH*CONEMAUGH MMRL MDCL*LIFEPOINT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4395 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1500 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9595 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4412 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4360 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8684 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 55.30<br>COMMENT: X7670/SCH*CONEMAUGH P*LIFEPOINT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7032 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH P/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3383 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLLTON, TX 75011 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH M/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9844 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH M/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9147 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH M/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5794 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMERGNCY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2097 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMERGN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5090 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1045 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH EMRGNCY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0677 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 641.99<br>COMMENT: CREDIT 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1258 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 487.41<br>COMMENT: REF 3532617141 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6153 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 618.09<br>COMMENT: CELTIC*INDIGO | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5280 |
| **JOHNSTOWN CREDIT BUREAU**<br>2355 BEDFORD ST STE 4<br><br>JOHNSTOWN, PA 15904-1114 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KASTELIC ASSOC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0885 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JOYTHI GELLA MD**<br>C/O CPG BILLING<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3127 |
| **RECEIVABLES PERFORMANCE MANAGEMENT+**<br>20816 44TH AVE W<br>LYNNWOOD, WA 98036 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DIRECTV/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2912 |
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDBER MDCL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8708 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7946 |
| **CONEMAUGH MEMORIAL MED CNTR**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905-4398 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~GINA THOMPSON/SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 595.30<br>COMMENT: NO GEN UNS/SCH*W/3 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1103 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 17,621.92<br>COMMENT: CL13GOV*18178/PL@LOANCARE*THRU 1/20*FR LOANCARE-DOC 51*FR CLS-DOC | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6303 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 900.00<br>COMMENT: PAY/CONF*NT/PL*FR LOANCARE-DOC 51*FR CLS-DOC 67*FR RIGHTPATH-DOC 87 | | CRED DESC: POST PETITION FEE NOTICE<br>ACCOUNT NO.: 6303 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |