**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher L. Berry**
 Debtor(s)

Bankruptcy Case No.: 20−70014−JAD
Related to Doc. #108
Chapter: 13
Docket No.: 109 − 108

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of March, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/19/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/28/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/19/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70014-JAD |
|---|---|
| Christopher L. Berry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: 408 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher L. Berry, 216 Leila Street, Johnstown, PA 15905-2740 |
| 15184780 | + | Conemaugh Memorial Medical Center, c/o LifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15184781 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184782 | + | Conemaugh Phys Group, Attn: Billing/Westwood, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15192837 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown PA 15905-4398 |
| 15184789 | | Gina Thompson, Johnstown, PA 15905 |
| 15184790 | + | Johnstown Credit Burea, 2355 Bedford St Ste 4, Johnstown, PA 15904-1114 |
| 15184791 | + | Jyothi K. Gella, MD, c/o Billing, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184794 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15184796 | + | The Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 15191350 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15184776 | + | Email/Text: EBNProcessing@afni.com | Mar 28 2025 00:14:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 15184777 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 15184778 | | Email/Text: asaville@csrnmg.com | Mar 28 2025 00:13:00 | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15184779 | + | Email/Text: bzern@celticbank.com | Mar 28 2025 00:14:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15184783 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 28 2025 00:14:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 15184784 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2025 00:14:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184786 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:16:34 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15184787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2025 00:16:34 | First Premier Bank, P.O. Box 5519, Sioux Falls, |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: 408 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57117-5519 |
| 15184788 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 28 2025 00:14:00 | Genesis FS Card Services, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 15217268 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 28 2025 00:13:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15184792 | | Email/Text: bk@lendmarkfinancial.com | Mar 28 2025 00:12:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 15205630 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:16:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15509289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:12:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15442017 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:12:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15715652 | ^ | MEBN | Mar 28 2025 00:09:00 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15184793 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 28 2025 00:13:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15213942 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15215111 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15215112 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15184795 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 28 2025 00:14:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15184797 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2025 00:12:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 15204855 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Mar 28 2025 00:13:56 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 15194126 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15184785 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 27, 2025 | Form ID: 408 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Christopher L. Berry thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 6