**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CHRISTOPHER L. BERRY <br><br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:20-70014 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/16/2020 and confirmed on 6/10/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 102,761.78 |
| Less Refunds to Debtor | 2,753.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,008.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,619.00 | |
|    Trustee Fee | 5,252.82 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,871.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 6303 | 0.00 | 59,751.51 | 0.00 | 59,751.51 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 6303 | 17,621.92 | 17,621.92 | 0.00 | 17,621.92 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 1103 | 9,575.00 | 9,575.00 | 1,430.45 | 11,005.45 |
| LENDMARK FINANCIAL SERVICES LLC<br>Acct: 1274 | 949.20 | 949.20 | 173.72 | 1,122.92 |
| | | | | 89,501.80 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER L. BERRY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER L. BERRY<br>Acct: | 2,753.78 | 2,753.78 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>Acct: | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXCIAL | 59.36 | 59.36 | 0.00 | 59.36 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 6303 | 900.00 | 900.00 | 0.00 | 900.00 |
| | | | | 959.36 |
| **Unsecured** | | | | |
| AFNI<br>Acct: 5314 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA SOMERSET RADIOLOGY<br>Acct: 4384 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEBCOLLEX LLC D/B/A CKS FINANCIAL++<br>Acct: 8388 | 718.38 | 0.00 | 0.00 | 0.00 |
| CONEMAUGH MEMORIAL MEDICAL CENT | 4,829.87 | 399.05 | 0.00 | 399.05 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7685 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2030 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI( | 55.30 | 4.57 | 0.00 | 4.57 |
| | Acct: 1426 | | | | |
| | CONEMAUGH PHYSICIANS GROUP | 557.79 | 46.09 | 0.00 | 46.09 |
| | Acct: 3269 | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9180 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0411 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1312 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1311 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1310 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1309 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7657 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2832 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1002 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0971 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2308 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8622 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0684 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0684 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI( | 236.97 | 19.58 | 0.00 | 19.58 |
| | Acct: 2483 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9452 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0393 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4473 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4754 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI( | 91.73 | 7.58 | 0.00 | 7.58 |
| | Acct: 4395 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1500 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9595 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4412 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4360 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8684 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI( | 55.30 | 4.57 | 0.00 | 4.57 |
| | Acct: 7032 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3383 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9844 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9147 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5794 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2097 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5090 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1045 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0677 | | | | |
| | LVNV FUNDING LLC | 641.99 | 53.05 | 0.00 | 53.05 |
| | Acct: 1258 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 487.41 | 40.27 | 0.00 | 40.27 |
| | Acct: 6153 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 618.09 | 51.07 | 0.00 | 51.07 |
| | Acct: 5280 | | | | |
| | JOHNSTOWN CREDIT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0885 | | | | |
| | JOYTHI GELLA MD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3127 | | | | |
| | RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2912 | | | | |
| | REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8708 | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7946 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA | 595.30 | 49.19 | 0.00 | 49.19 |
| | Acct: 1103 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 675.02 |

TOTAL PAID TO CREDITORS                                                                                                      91,136.18

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 959.36 |
| SECURED | 28,146.12 |
| UNSECURED | 8,888.13 |

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CHRISTOPHER L. BERRY

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-70014 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70014-JAD |
| Christopher L. Berry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher L. Berry, 216 Leila Street, Johnstown, PA 15905-2740 |
| 15184780 | + | Conemaugh Memorial Medical Center, c/o LifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15184781 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184782 | + | Conemaugh Phys Group, Attn: Billing/Westwood, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15192837 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown PA 15905-4398 |
| 15184789 | | Gina Thompson, Johnstown, PA 15905 |
| 15184790 | + | Johnstown Credit Burea, 2355 Bedford St Ste 4, Johnstown, PA 15904-1114 |
| 15184791 | + | Jyothi K. Gella, MD, c/o Billing, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184794 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15184796 | + | The Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 15191350 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15184776 | + | Email/Text: EBNProcessing@afni.com | Mar 28 2025 00:14:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 15184777 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 15184778 | | Email/Text: asaville@csrnmg.com | Mar 28 2025 00:13:00 | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15184779 | + | Email/Text: bzern@celticbank.com | Mar 28 2025 00:14:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15184783 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 28 2025 00:14:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 15184784 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2025 00:14:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184786 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:16:04 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15184787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2025 00:15:58 | First Premier Bank, P.O. Box 5519, Sioux Falls, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SD 57117-5519 |
| 15184788 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 28 2025 00:14:00 | Genesis FS Card Services, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 15217268 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 28 2025 00:13:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15184792 | | Email/Text: bk@lendmarkfinancial.com | Mar 28 2025 00:12:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 15205630 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:17:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15509289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:12:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15442017 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:12:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15715652 | ^ | MEBN | Mar 28 2025 00:09:00 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15184793 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 28 2025 00:13:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15213942 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15215111 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15215112 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15184795 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 28 2025 00:14:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15184797 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2025 00:12:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 15204855 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Mar 28 2025 00:13:56 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 15194126 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15184785 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Christopher L. Berry thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 6