IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
CHRISTOPHER L. BERRY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-70014 JAD

Chapter 13

Related to Doc No.: 108

ORDER OF COURT

AND NOW, this \_\_\_\_20th\_\_\_\_ day of \_\_\_May_____, 20\_25\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ sjk_
U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
5/20/25 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-70014-JAD
Christopher L. Berry  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: May 20, 2025      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christopher L. Berry, 216 Leila Street, Johnstown, PA 15905-2740 |
| 15184780 | + | Conemaugh Memorial Medical Center, c/o LifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15184781 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184782 | + | Conemaugh Phys Group, Attn: Billing/Westwood, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15192837 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown PA 15905-4398 |
| 15184789 | | Gina Thompson, Johnstown, PA 15905 |
| 15184790 | + | Johnstown Credit Burea, 2355 Bedford St Ste 4, Johnstown, PA 15904-1114 |
| 15184791 | + | Jyothi K. Gella, MD, c/o Billing, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15184794 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15184796 | + | The Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2025 00:03:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 15191350 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2025 00:03:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15184776 | + | Email/Text: EBNProcessing@afni.com | May 21 2025 00:03:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 15184777 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2025 00:03:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 15184778 | | Email/Text: asaville@csrnmg.com | May 21 2025 00:03:00 | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15184779 | + | Email/Text: bzern@celticbank.com | May 21 2025 00:03:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15184783 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 21 2025 00:03:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 15184784 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 21 2025 00:03:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184786 | + | Email/PDF: creditonebknotifications@resurgent.com | May 21 2025 00:22:15 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15184787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 21 2025 00:22:21 | First Premier Bank, P.O. Box 5519, Sioux Falls, |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57117-5519 |
| 15184788 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 21 2025 00:03:00 | Genesis FS Card Services, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 15217268 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 21 2025 00:03:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15184792 | | Email/Text: bk@lendmarkfinancial.com | May 21 2025 00:03:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 15205630 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2025 00:09:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15509289 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2025 00:03:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15442017 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2025 00:03:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15715652 | ^ | MEBN | May 21 2025 00:00:02 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15184793 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 21 2025 00:03:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15213942 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2025 00:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15215111 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2025 00:03:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15215112 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2025 00:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15184795 | + | Email/Text: Supportservices@receivablesperformance.com | May 21 2025 00:03:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15184797 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 21 2025 00:03:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 15204855 | + | Email/Text: Webcollex@ebn.phinsolutions.com | May 21 2025 00:03:10 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 15194126 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15184785 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Christopher L. Berry thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 6